1  Timothy R. Titolo
   Nevada Bar No. 3617
2  **TITOLO LAW OFFICE**
   1930 Village Center Circle, # 3-444
3  Las Vegas, NV 89134
   Telephone: (702) 869-5100
4  tim@titololawoffice.com

5
   Raymond Bodiford (*Pro Hac Vice*)
6  **BODIFORD LAW GROUP**
   121 S. Orange Ave., #1150
7  Orlando, FL 32801
   Telephone: (407) 423-9728
8  Facsimile: (407) 648-1899 fax
   Lawyers3@aol.com
9
10 *Attorneys for the Plaintiffs*

Greg W. Marsh, ESQ.
Nevada Bar No. 322
**LAW OFFICES OF GREG W. MARSH**
731 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 387-0052
Facsimile: (702) 387-0063
Email: gwm4253@aol.com

Jose M. Luzarraga (TX SBN 00791149)
jose.luzarraga@bowmanandbrooke.com
Suzanne S. Swaner (TX SBN 90001631)
suzanne.swaner@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
2501 N. Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: (972) 616-1700
Facsimile: (972) 616-1701

*Attorneys for Defendants*

11
12
13

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

14
15

16  The ESTATE OF FELICIANO AGCAOILI,
    Dec'd by and through IMELDA
17  AGCAOILI, Special Administratrix, heir and
    wife of FELICIANO AGCAOILI,
18  IMELDA AGCAOILI, Individually,

19                    Plaintiffs,
20  vs.

21  TOYOTA MOTOR SALES USA, INC., a
    Nevada Corporation; TOYOTA
22  MOTOR CORPORATION, a foreign
    corporation; and BEST AUTO SERVICE,
23  a Nevada sole proprietorship; DOES 1
    through 100, inclusive.
24
25                    Defendants.

CASE NO.: 2:12-cv-01471-APG-VCF

**ORDER ON AGREED**
**MOTION TO DISMISS WITH**
**PREJUDICE**

26
27
28

## ORDER ON AGREED MOTION TO DISMISS WITH PREJUDICE

On this day came to be heard the parties' Agreed Motion to Dismiss, With Prejudice. The Court, having considered this motion, and the pleadings on file, is of the opinion that it should be **GRANTED.**

It is therefore **ORDERED** that all of The Estate of Feliciano Agcaoili, Deceased, by and through Imelda Agcaoili, Special Administratrix, heir and wife of Feliciano Agcaoili, and Imelda Agcaoili, Individually's claims and causes of action are **DISMISSED** with prejudice, with costs to be paid by the party incurring same.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 4, 2013.

1    **AGREED AS TO FORM:**

2

3    **TITOLO LAW OFFICE**

4    By: _____
     Timothy R. Titolo, Esq.

5    Nevada Bar No. 3617
     1930 Village Center Circle 3-444

6    Las Vegas, Nevada  89134

7
     And
8

9    Raymond Bodiford (*Pro Hac Vice*)
     **BODIFORD LAW GROUP**

10   121 S. Orange Ave., #1150
     Orlando, FL  32801

11   Telephone:   (407) 423-9728
     Facsimile:    (407) 648-1899 fax

12   Lawyers3@aol.com

13   ***Attorneys for Plaintiffs***

14

15   **LAW OFFICES OF GREG W. MARSH**

16   By: _____

17   Greg W. Marsh, ESQ.
     Nevada Bar No. 322

18   731 South Seventh Street
     Las Vegas, Nevada 89101

19   Telephone: (702) 387-0052
     Facsimile: (702) 387-0063

20   Email: gwm4253@aol.com

21   And

22   Jose M. Luzarraga (TX SBN 00791149)

23   jose.luzarraga@bowmanandbrooke.com
     Suzanne S. Swaner (TX SBN 90001631)

24   suzanne.swaner@bowmanandbrooke.com

25   **BOWMAN AND BROOKE LLP**
     2501 N. Harwood Street, Suite 1700

26   Dallas, TX 75201
     Telephone:   (972) 616-1700

27   Facsimile:   (972) 616-1701
     ***Attorneys for Defendant*s**

28