Timothy R. Titolo
Nevada Bar No. 3617
**TITOLO LAW OFFICE**
1930 Village Center Circle, # 3-444
Las Vegas, NV 89134
Telephone: (702) 869-5100
tim@titololawoffice.com

Raymond Bodiford (*Pro Hac Vice*)
**BODIFORD LAW GROUP**
121 S. Orange Ave., #1150
Orlando, FL 32801
Telephone: (407) 423-9728
Facsimile: (407) 648-1899 fax
Lawyers3@aol.com

*Attorneys for the Plaintiffs*

Greg W. Marsh, ESQ.
Nevada Bar No. 322
**LAW OFFICES OF GREG W. MARSH**
731 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 387-0052
Facsimile: (702) 387-0063
Email: gwm4253@aol.com

Jose M. Luzarraga (TX SBN 00791149)
jose.luzarraga@bowmanandbrooke.com
Suzanne S. Swaner (TX SBN 90001631)
suzanne.swaner@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
2501 N. Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: (972) 616-1700
Facsimile: (972) 616-1701

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| The ESTATE OF FELICIANO AGCAOILI, Dec'd by and through IMELDA AGCAOILI, Special Administratrix, heir and wife of FELICIANO AGCAOILI, IMELDA AGCAOILI, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES USA, INC., a Nevada Corporation; TOYOTA MOTOR CORPORATION, a foreign corporation; and BEST AUTO SERVICE, a Nevada sole proprietorship; DOES 1 through 100, inclusive.<br><br>Defendants. | CASE NO.: 2:12-cv-01471-APG-VCF<br><br>**ORDER ON AGREED MOTION TO DISMISS WITH PREJUDICE** |

## ORDER ON AGREED MOTION TO DISMISS WITH PREJUDICE

On this day came to be heard the parties' Agreed Motion to Dismiss, With Prejudice. The Court, having considered this motion, and the pleadings on file, is of the opinion that it should be **GRANTED.**

It is therefore **ORDERED** that all of The Estate of Feliciano Agcaoili, Deceased, by and through Imelda Agcaoili, Special Administratrix, heir and wife of Feliciano Agcaoili, and Imelda Agcaoili, Individually's claims and causes of action are **DISMISSED** with prejudice, with costs to be paid by the party incurring same.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 4, 2013.

| | |
|---|---|
| 1 | **AGREED AS TO FORM:** |
| 2 | |
| 3 | **TITOLO LAW OFFICE** |
| 4 | By: _____ |
| | Timothy R. Titolo, Esq. |
| 5 | Nevada Bar No. 3617 |
| | 1930 Village Center Circle 3-444 |
| 6 | Las Vegas, Nevada 89134 |
| 7 | |
| | And |
| 8 | |
| | Raymond Bodiford (*Pro Hac Vice*) |
| 9 | **BODIFORD LAW GROUP** |
| 10 | 121 S. Orange Ave., #1150 |
| | Orlando, FL 32801 |
| 11 | Telephone: (407) 423-9728 |
| | Facsimile: (407) 648-1899 fax |
| 12 | Lawyers3@aol.com |
| 13 | |
| | *Attorneys for Plaintiffs* |
| 14 | |
| 15 | **LAW OFFICES OF GREG W. MARSH** |
| 16 | |
| | By: _____ |
| 17 | Greg W. Marsh, ESQ. |
| | Nevada Bar No. 322 |
| 18 | 731 South Seventh Street |
| | Las Vegas, Nevada 89101 |
| 19 | Telephone: (702) 387-0052 |
| | Facsimile: (702) 387-0063 |
| 20 | Email: gwm4253@aol.com |
| 21 | And |
| 22 | |
| | Jose M. Luzarraga (TX SBN 00791149) |
| 23 | jose.luzarraga@bowmanandbrooke.com |
| | Suzanne S. Swaner (TX SBN 90001631) |
| 24 | suzanne.swaner@bowmanandbrooke.com |
| 25 | **BOWMAN AND BROOKE LLP** |
| | 2501 N. Harwood Street, Suite 1700 |
| 26 | Dallas, TX 75201 |
| | Telephone: (972) 616-1700 |
| 27 | Facsimile: (972) 616-1701 |
| | *Attorneys for Defendants* |
| 28 | |